IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BMO HARRIS BANK N.A., a national banking association, )<br><br>Plaintiff, )<br><br>v. )<br><br>(1) BATAK LLC, an Oklahoma limited liability company; )<br><br>(2) WILLIAM GAIGE, an individual, )<br><br>Defendants. ) | Case No. CIV-16-197-R |

## ORDER AND JUDGMENT

This matter came to be heard upon the Motion of Plaintiff, BMO Harris Bank N.A. ("BMO") for Default Judgment Against BATAK LLC and the Affidavit attached thereto; service of the Summons and Complaint having been made upon BATAK LLC ("BATAK"); this Court having subject matter and personal jurisdiction over this case and the parties thereto; and the Court being further advised, FINDS that entry of Default and Default Judgment is appropriate. It is hereby ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of BMO Harris Bank N.A. and against BATAK LLC in the amount of $292,753.07. Interest shall accrue on the judgment amount at the rate of $126.32 *per diem* after April 22, 2016.

IT IS SO ORDERED this 28th day of June, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE