## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BMO HARRIS BANK N.A., a national banking association, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-16-197-R<br>)<br>) |
| (1) BATAK LLC, an Oklahoma limited liability company; | )<br>)<br>) |
| (2) WILLIAM GAIGE, an individual, | )<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WILLIAM GAIGE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BMO Harris Bank N.A., through its counsel, hereby dismisses, without prejudice, its claims against Defendant William Gaige, only.

Respectfully submitted,

/s/ Candace Williams Lisle
Candace Williams Lisle, OBA #9638
*cwlisle@phillipsmurrah.com*
**PHILLIPS MURRAH P.C.**
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: 405-235-4100
Facsimile: 405-235-4133
***Attorneys for Plaintiff BMO Harris Bank N.A.***

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 28th day of June, 2016, I served the attached document by certified mail, return receipt requested, to the following, who are not registered participants of the ECF System:

William Gaige
1800 Kamber Terrace
Edmond, Oklahoma  73003-2375

BATAK LLC
c/o Wanti Gaige, Registered Agent
1800 Kamber Terrace
Edmond, Oklahoma  73003-2375

                                            /s/  Candace Williams Lisle
                                            Candace Williams Lisle, OBA #9638